**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 10th, 2008

Re:  3:07-cv-5944 In Re: Cathode Rat Tube (CRT) Antitrust Litigation

Title of Case
Andrew Kindt v. Matsushita Electric Ind. Co., Ltd., et al.

Case Number
C.A. No. 1:07-10322

Dear Sir/Madam:

     This is to advise you that the above entitled case has been transferred from the Southern District of New York to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Samuel Conti.  We have given the action the individual case number **C08-1345 to be followed by the initials SC**.

     Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

*Simone Voltz* (signature)

Simone Voltz
Deputy Clerk

cc: Counsel
    MDL