UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation | Case No. 07-5944 SC<br><br>ORDER CORRECTING<br><u>CLERICAL ERROR</u> |
| CRAGO, Inc., <br><br>        Plaintiff, <br><br>    v. <br><br>CHUNGHWA PICTURE TUBES, LTD., <u>et al.</u>, <br><br>        Defendants. | |

The Court notes that several previous Orders issued in this case contain the incorrect MDL number of 1971. The correct MDL number is 1917. Pursuant to Federal Rule of Civil Procedure 60(a), all previous Orders containing the incorrect MDL number are hereby amended.

IT IS SO ORDERED.

Dated: March 17, 2008

_____
UNITED STATES DISTRICT JUDGE